# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CURTIS MALONE,
a/k/a THE SILVER LINING,

    Petitioner,

v.                         Case No: 3:13mc44/MCR/CJK

UNITED STATES,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

      This case, initiated upon petitioner's petition to quash an IRS summons, is before the court upon referral from the clerk. On June 11, 2013, the court issued an order directing petitioner to, within the 120-day time limit provided by Rule 4(m) of the Federal Rules of Civil Procedure, obtain the requisite summons(es) from the clerk of court and file with the court an affidavit proving service on the United States in the manner prescribed by Rule 4(i). (Doc. 7). To date, petitioner has not complied with the order, and has not responded to the court's November 14, 2013 order (doc. 8) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court and failure to effect timely service.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court, failure to prosecute, and failure to effect timely service.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 11th day of December, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).